IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 98-CR-000231-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

DONETTE ROELLE,

       Defendant.

   and

A&D TESTS,

       Garnishee.

_____

ORDER DISMISSING WRIT OF GARNISHMENT
_____

This matter coming before the Court on motion of the Plaintiff and the Court

being fully advised in the premises, the Court hereby **ORDERS** that the Writ of

Garnishment issued on July 6, 2011  in this case is DISMISSED.

ORDERED and entered this __23rd__ day of __August_____, 2011.

BY THE COURT:


_s/Lewis T. Babcock_____
UNITED STATES DISTRICT JUDGE